United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

**Michael Wayne Williams**　　　　　　　　　　　　　　　Case No. 2:23-cr-197-1

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge James L. Graham | | Date: April 19, 2024 @ 2:15 p.m. – 4:56 p.m. | |
|---|---|---|---|
| **Deputy Clerk** | Denise Shane | **Counsel for Govt:** | David A. Peters |
| **Court Reporter** | Allison Kimmell | **Counsel for Deft(s):** | Charles Boring, Joshua Mayes, Steven Nolder |
| **Interpreter** | | **Pretrial/Probation:** | Keir Pennington |
| **Log In** | n/a | **Log Out** | n/a |

1 year and 1 day incarceration
3 years SR
$100 SPA
$2,854,774.67 in Restitution
*Must make full restitution to victims
*Forfeiture
SS 90 days from today's date
*Montgomery, AL